**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 08-21058-CIV-SEITZ/O'SULLIVAN

DUNKIN' DONUTS FRANCHISED
RESTAURANTS, LCC, *et al.*,

       Plaintiffs,

v.

LADHANI DEVELOPMENT NETWORK,
INC., *et al.*,

       Defendants.

_____/

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE**

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal without

Prejudice [DE-19]. Upon due consideration and pursuant to Federal Rule of Civil Procedure

41(a), it is hereby

ORDERED that:

(1) This action is DISMISSED WITHOUT PREJUDICE, with each party to bear

his/her/its own attorneys' fees and costs;

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT; and

(3) This case remains CLOSED.

DONE AND ORDERED in Miami, Florida, this 6ᴮ day of August, 2008.

              *Patricia A. Seitz*
              PATRICIA A. SEITZ
              UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge O'Sullivan
       All Counsel of Record